**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 12, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00995-CR

---

### LEON HARRISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 635921**

## M E M O R A N D U M   O P I N I O N

Appellant has signed and filed a written motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant the motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown
Do Not Publish – Tex. R. App. P. 47.2(b)